**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED ARISTA, | **1:22-cv-00240-AWI-GSA-PC** |
| Plaintiff, | **ORDER DENYING REQUEST FOR SERVICE OF SUMMONS AS PREMATURE** |
| v. | **(ECF No. 16.)** |
| FELEPPA, et al., | |
| Defendants. | |

## I.   BACKGROUND

Alfred Arista ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 25, 2022, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)  The Complaint awaits the Court's requisite screening pursuant to 28 U.S.C. § 1915.

On October 24, 2022, Plaintiff submitted a handwritten summons directed to the Defendants in this case, notifying Defendants that they are required to file an answer to the Complaint. (ECF No. 16.)

## II.   PLAINTIFF'S REQUEST

Plaintiff seeks to expedite service of process upon Defendants in this case.  However, it is not yet time for service of summonses.  Plaintiff's Complaint has not yet been screened by the

Court.  The Court ordinarily screens complaints in the order in which they are filed at the Court, and Plaintiff's Complaint will be screened in due course.  Service of process and discovery shall not proceed until after the Complaint has been screened and the Court has found that Plaintiff states cognizable claims.   After the screening process is complete, and if the court finds cognizable claims,  the Court will *sua sponte* issue an order directing service of process upon the Defendants.  For these reasons, Plaintiff's request for service of a summons shall be denied as premature.

**III.      CONCLUSION**

         Based on the foregoing, Plaintiff's request for service of a summons, filed on October 24, 2022, is DENIED as premature.


IT IS SO ORDERED.

    Dated:   **November 9, 2022**                        **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

2