UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARISTA, | No. 1:22-cv-00240 KES GSA (PC) |
| Plaintiff, | ORDER ACKNOWLEDGING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE |
| v. | |
| MICHAEL FELEPPA, | (See ECF No. 54) |
| Defendant. | ORDER DIRECTING DEFENDANT TO INFORM COURT WHETHER HE WISHES TO HAVE SETTLEMENT CONFERENCE SCHEDULED |
| | DEFENDANT'S RESPONSE DUE IN SEVEN DAYS |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter is at the discovery phase of the proceedings. See ECF Nos. 49, 50, 53 (order regarding motions to compel; Plaintiff's declaration in support of same; Defendant's response to Plaintiff's declaration, respectively).

On March 31, 2025, a document Plaintiff filed with the Court labeled, "Settlement Conference Statement, Hearing" was docketed. ECF No. 54. The Court construes it as a motion to hold a settlement conference.

1

In support of the motion, Plaintiff states – in relevant part – that three weeks ago he was told by the Attorney General that he would be filing for a settlement conference and never did. See ECF No. 54 at 1.[1]  See id.

Good cause appearing, the Court will acknowledge Plaintiff's motion for a settlement conference, and it will direct Defendant to inform the Court whether Defendant would also agree to have a settlement conference scheduled at this stage of the proceedings.  Defendant will have seven days to file a response to this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court ACKNOWLEDGES Plaintiff's motion for a settlement conference (ECF No. 54);

2. Defendant shall INFORM the Court whether he would agree to have a settlement conference scheduled at this stage of the proceedings, and

3. Defendant shall have seven days to inform the Court of his decision.

IT IS SO ORDERED.

Dated: __April 2, 2025__             ____/s/ Gary S. Austin____
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] At the same time in the motion, Plaintiff asks that this case "move forward to pretrial." See ECF No. 54 at 3.  The Court is uncertain what Plaintiff means by this.

2