UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARISTA, | No. 1:22-cv-00240 KES GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR COURT TO ACCEPT LATE FILING |
| v. | |
| MICHAEL FELEPPA, | (ECF No. 56) |
| Defendant. | ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE |
| | (ECF No. 54) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the discovery phase of the proceedings.  See ECF Nos. 49, 50, 53 (order regarding motions to compel; Plaintiff's declaration in support of same; Defendant's response to Plaintiff's declaration, respectively).

Before this Court is Plaintiff's settlement conference statement, interpreted by the Court to be a request by Plaintiff for the Court to set a settlement conference (ECF No. 54), Defendant's request for the Court to accept its late filing of an opposition, and Defendant's opposition to Plaintiff's motion (ECF Nos. 56, 57).  For the reasons stated below, the Court will deny what it

1

interprets to be a motion by Plaintiff for a settlement conference. In addition, the Court will grant Defendant's request to accept a late filing of its opposition to Plaintiff's request for a settlement conference.

## I. BACKGROUND

On March 31, 2025, Plaintiff filed a document titled "settlement conference statement, hearing". See, ECF No. 54. at 1& 5. The Court has interpreted and continues to interpret this filing as a request by Plaintiff for the Court to set a settlement conference. In it, Plaintiff stated that "3 weeks ago the Attorney General stated he would file the Settlement Conference and Never did." Id. at 1. As a result, on April 3, 2025, the Court directed Defendant to inform the Court whether Defendant wished to have a settlement conference scheduled. ECF No. 55. Defendant was given seven days to file a response to the Court's order.

Defendant failed to timely file a response to the Court's order within the seven-day period. However, on April 14, 2024, Defendant filed the instant request for the court to accept a late filing of its opposition, and concurrently therewith filed an opposition to Plaintiff's motion. ECF Nos. 56, 57. The Court herein considers Defendant's two filings as well as Plaintiff's motion for a settlement conference.

## II. PLAINTIFF'S AND DEFENDANT'S MOTIONS

### A. Plaintiff's Motion for a Settlement Conference

In support of Plaintiff's motion for a settlement conference he states that "three weeks ago the Attorney General stated he would file the Settlement Conference and never did". ECF No. 54 at 1. He further asserts that counsel's failure is consistent with a past failure of counsel to provide him with a copy of the deposition hearing. Id.

### B. Defendant's Motion to Accept Late Filing

In support of Defendant's request for court to accept the late filing of its opposition to this matter being set for a settlement conference, counsel for Defendant, Deputy Attorney General Daniel Duan, ultimately states that Defendant's response was late filed as a result of his own unintentional mistake. See ECF No. 56-1 at 2 (Decl. of DAG D. Duan).

DAG Duan acknowledges that there was no excuse for his error, and he apologizes to the

Court for any inconvenience he may have caused.  Id.  He therefore requests that the Court accept his late filed opposition to Plaintiff's request for a settlement conference.  Id.

### C. Defendant's Opposition to Motion for a Settlement Conference

In Defendant's opposition to Plaintiff's motion, ultimately DAG Duan declares that because the settlement figures in Plaintiff's instant motion for a settlement conference are unreasonable (see ECF No. 57-1 at 2), Defendant's position is that calendaring a settlement conference would be neither an efficient nor effective use of either the parties' or the Court's time and resources.  Id.  Defendant therefore opposes Plaintiff's motion.  Id.

## III. DISCUSSION

### A. Defendant's Motion for Court to Accept Late Filing

With respect to Defendant's request for Court to accept Defendant's late filing, the Court finds that DAG Duan's reason for the late filing is acceptable and will therefore accept Defendant's late filed opposition.

### B. Plaintiff's Motion for a Settlement Conference

Regarding Plaintiff's motion, interpreted by the Court to be a request for the Court to set a settlement conference, given that Defendant's opposition to it states that Plaintiff's settlement demand is unreasonable and therefore opposes the Court setting a settlement conference, Plaintiff's motion will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for Court to accept late filing (ECF No. 56) is GRANTED, and
2. Plaintiff's motion for a settlement conference (ECF No. 54) is DENIED.

Under separate order, the Court will address Plaintiff's declaration in support of his recently denied motion to compel (ECF No. 50) as well as Defendant's response to it (ECF No. 53).  Thereafter, it will reset the pretrial motion due date.

IT IS SO ORDERED.

Dated:   **April 14, 2025**                **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE