UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARISTA,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL FELEPPA,<br><br>             Defendant. | No.  1:22-cv-00240 KES GSA (PC)<br><br>ORDER DENYING AS DUPLICATIVE PLAINTIFF'S MOTION RELATED TO RECONSIDERATION OF SETTLEMENT CONFERENCE<br><br>(ECF No. 61) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a motion entitled "Motion to Overturn reconsider Settlement Conference Defendant request."  ECF No. 61 (errors in original).  The Court construes it as a request for a settlement conference.  For the reasons stated below, the motion will be denied as duplicative.

I.     RELEVANT FACTS

To the extent that Plaintiff's motion, docketed April 22, 2025, is requesting that the Court calendar a settlement conference in this case (See ECF No. 61 at 2), the motion will be denied as duplicative as explained below.

1

Plaintiff signed this motion on April 16, 2025. See id. This is the second request for a settlement conference that Plaintiff has filed. See ECF No. 54 (Plaintiff's first request for settlement conference).

II. DISCUSSION

On March 31, 2025, a motion for a settlement conference filed by Plaintiff was docketed. See ECF No. 54. As a result, the Court ordered Defendant to inform the Court whether Defendant also wanted to have a settlement conference scheduled. ECF No. 55. In response, Defendant filed an opposition to calendaring a settlement conference. ECF No. 57. As a result, on April 15, 2025, the Court denied Plaintiff's motion for a settlement conference. ECF No. 58.

Plaintiff's instant request for a settlement conference was signed by Plaintiff on April 16, 2025. See ECF No. 61 at 2. Given that the Court's previous order which denied the same request was issued on April 15, 2025, it appears that the Court's order and Plaintiff's instant second motion for a settlement conference have crossed in the mail. For these reasons, the Court will deny the motion as duplicative.

Accordingly, IT IS HEREBY ORDERED that to the extent Plaintiff's motion is requesting that the court schedule a settlement conference, docketed April 22, 2025 (ECF No. 61), it is DENIED as DUPLICATIVE.

IT IS SO ORDERED.

Dated: **April 25, 2025**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

2