UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARISTA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL FELEPPA,<br><br>    Defendant. | No.  1:22-cv-00240 KES GSA (PC)<br><br>ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 36)<br><br>PARTIES' PRETRIAL MOTIONS DUE IN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This case is at the discovery phase of the proceedings.  See generally ECF Nos. 36, 49 (discovery and scheduling order; order modifying same).

For the reasons stated below, the Court will modify the discovery and scheduling order.  The parties will have forty-five days to file their pretrial motions.

I.    RELEVANT FACTS

 On May 21, 2024, Plaintiff's complaint was screened.  ECF No. 26.  Shortly thereafter it was ordered served on Defendant.  See ECF No. 28.  On October 21, 2024, the Court issued a discovery and scheduling order.  ECF No. 36.  In it, motions to compel were to be filed by

1

1   February 10, 2025, and pretrial motions were to be filed by May 5, 2025. Id. at 6.

2       Thereafter, between October 2024 and February 2025, the parties filed multiple motions, a
3   number of which were related to discovery requests. See, e.g., ECF Nos. 37, 38, 40 at 2, 42, 43,
4   46, 47. On February 24, 2025, the Court addressed the motions. ECF No. 49. In that order, the
5   Court modified the discovery and scheduling order. The order sua sponte gave Plaintiff an
6   additional forty-five days to file a proper motion to compel, and it gave Defendant twenty-one
7   days to file a response to Plaintiff's motion to compel. See id. at 8-9. As a result, the May 5,
8   2025, due date for pretrial motions was vacated pending the resolution of any newly-filed motions
9   to compel. Id. at 9. To date neither party has filed a motion to compel.

10      II.    DISCUSSION

11      On February 24, 2025, Plaintiff was given an additional forty-five days to file a proper
12  motion to compel, this made the due date for it April 11, 2025. To date, Plaintiff has not filed
13  another motion to compel but has since filed other motions, like a request for the appointment of
14  counsel (see ECF No. 51) and multiple requests for a settlement conference (see ECF Nos. 54,
15  61).

16      Given that Plaintiff has neither filed a proper motion to compel by the April 11, 2025
17  deadline, nor requested an extension of time to do so, the Court finds that the extended window
18  within which to file motions to compel has closed. As a result, consistent with the last scheduling
19  order modification (see ECF No. 49), the parties will be given a new deadline to file pretrial
20  motions. They will be due within forty-five days.

21      Accordingly, IT IS HEREBY ORDERED that:

22      1.  The Court herein sua sponte MODIFIES the discovery and scheduling order (see ECF
23  No. 36) (discovery and scheduling order), and

24      2.  Within forty-five days from the date of this order, the parties shall file their pretrial
25  motions.

26      **All other directives in the discovery and scheduling order are to remain in full force**
27  **and effect.**

28

2

IT IS SO ORDERED.

Dated: **April 25, 2025**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE