UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARISTA, | No. 1:22-cv-00240 KES GSA (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF LACK OF RECEIPT OF DISCOVERY |
| v. | |
| MICHAEL FELEPPA, | (ECF No. 70) |
| Defendant. | DEFENDANT'S RESPONSE DUE IN SEVEN DAYS |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This case is at the dispositive motion stage of the proceedings. See ECF Nos. 36, 63, 67 (discovery and scheduling order; most recent modification of same, and Defendant's motion for summary judgment, respectively).

On June 9, 2025, Defendant filed his motion for summary judgment. ECF No. 67. Three days later, Plaintiff filed a letter with the Court entitled "Pre Trial Motion Order By Court." ECF No. 70. Based on its contents, the Court construes it as a notice of lack of receipt of discovery.

In the notice, Plaintiff states in part that he has never received any discovery from Defendant. Id. at 1. In it, he also states that he "filed" discovery in December of 2024, and three

1

other times.  See id.

To date, Defendant has not filed a response to these allegations of Plaintiff's.  Because any lingering matters related to discovery must be resolved prior to considering the motion for summary judgment that Defendant has filed, Defendant will be ordered to file a response to the allegations in Plaintiff's notice.  Defendant will be given seven days to do so.

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendant shall FILE a RESPONSE to Plaintiff's notice of no receipt of discovery (see ECF No. 7), and

2.  Defendant shall file his response within seven days from the date of this order.

IT IS SO ORDERED.

Dated:  **July 8, 2025**          **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE

2