UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARISTA, | No. 1:22-cv-00240 KES GSA (PC) |
| Plaintiff, | ORDER ACKNOWLEDGING PARTIES' JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY BRIEF |
| v. | |
| MICHAEL FELEPPA, | (ECF No. 81) |
| Defendant. | DEFENDANT'S REPLY BRIEF DUE SEPTEMBER 25, 2025 |

Plaintiff, a state prisoner proceeding in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has counsel. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This case is at the dispositive motion phase of the proceedings. See ECF No. 67 (Defendant's motion for summary judgment).

Defendant's reply to Plaintiff's opposition to Defendant's motion for summary judgment was due on September 18, 2025. On September 17, 2025, the parties filed a joint stipulation for a seven-day extension for Defendant to file a reply to Plaintiff's opposition to Defendant's motion for summary judgment. See ECF No. 81. Plaintiff does not oppose the request.

1

Accordingly, good cause appearing:

1. The parties' joint stipulation to extend time by seven days for Defendant to file a reply brief (ECF No. 81) is ACKNOWLEDGED, and

2. Defendant's reply to Plaintiff's opposition to Defendant's motion for summary judgment is now due on September 25, 2025.

IT IS SO ORDERED.

Dated: **September 24, 2025**   　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE