UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ARISTA,<br><br>Plaintiff,<br><br>v.<br><br>FELEPPA,<br><br>Defendant. | Case No. 1:22-cv-00240-KES-FJS (PC)<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL OF RECORD TO RESPOND TO PLAINTIFF'S *PRO SE* FILINGS<br><br>(ECF Nos. 90, 91)<br><br><u>FOURTEEN (14) DAY DEADLINE</u> |

Plaintiff Alfred Arista ("Plaintiff") is a state prisoner proceeding with counsel and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Feleppa for cruel and unusual punishment in violation of the Eighth Amendment. (ECF No. 28.)

On September 1, 2026, Plaintiff filed, *pro se*, a motion for preliminary injunctive relief and a request for a transfer to a medical facility. (ECF Nos. 90, 91.) In his request for transfer, Plaintiff alleges that his attorney, James Otteson, had a family emergency that caused him to forget to notify the court regarding Plaintiff's transfer. (ECF No. 91.) Plaintiff appears to allege that this failure resulted in some form of retaliation and justifies his current request for preliminary injunctive relief. (*Id.*) Though not explicit, it appears Plaintiff filed his requests *pro se* because he believed his attorney could not or would not do so on his behalf.

Ordinarily, the court would strike a motion filed *pro se* by a party represented by counsel, for failing to comply with Federal Rule of Civil Procedure 11(a). Rule 11 requires that every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name, or by a party personally if the party is unrepresented. Fed. R. Civ. P. 11(a). At this time, Mr. Otteson remains listed on the court's docket as Plaintiff's attorney of record in this action.

But Plaintiff's motion raises a question regarding Mr. Otteson's continued representation. Therefore, the court finds it appropriate to direct Mr. Otteson, who will be informed of this order through the court's CM/ECF notification system by email, to file a response to Plaintiff's filings. Counsel should specifically address whether Plaintiff attempted to contact counsel to discuss this motion (without disclosing the substance of any such contact).

Accordingly, it is HEREBY ORDERED as follows:

1. Plaintiff's counsel of record, James Otteson, shall file a response to Plaintiff's *pro se* filings, (ECF Nos. 90, 91), as discussed herein, within <u>fourteen (14) days</u> from the date of service of this order;
2. Briefing on Plaintiff's motions, (ECF No. 90, 91), is STAYED pending resolution of the question of Plaintiff's continued representation, and will be reset as necessary by further order; and
3. <u>Any request for an extension of time to comply with this order will require a showing of good cause</u>.

IT IS SO ORDERED.

Dated: **September 3, 2026**

UNITED STATES MAGISTRATE JUDGE