UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALFRED ARISTA,

Plaintiff,

v.

FELEPPA,

Defendant.

Case No. 1:22-cv-00240-KES-FJS (PC)

ORDER GRANTING MOTION TO STRIKE *PRO SE* FILINGS
(ECF No. 93)

ORDER STRIKING *PRO SE* FILINGS
(ECF Nos. 90, 91)

Plaintiff Alfred Arista ("Plaintiff") is a state prisoner proceeding with counsel and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Feleppa for cruel and unusual punishment in violation of the Eighth Amendment. (ECF No. 28.)

On September 1, 2026, Plaintiff filed, *pro se*, a motion for preliminary injunctive relief and a request for a transfer to a medical facility. (ECF Nos. 90, 91.) As it appeared Plaintiff filed his requests *pro se* because he believed his attorney could not or would not do so on his behalf, the court declined to strike the filings at that time and directed Plaintiff's counsel to file a response to Plaintiff's *pro se* filings. (ECF No. 92.)

On September 17, 2026, Plaintiff's counsel filed a response, docketed as "Motion for Preliminary Injunction (*Response to Court's Order ECF 92*)." (ECF No. 93.) Counsel clarifies that he continues to represent Plaintiff in this action, but did not prepare, review, approve,

authorize, or participate in the preparation or filing of Plaintiff's *pro se* submissions at ECF Nos. 90 and 91. (*Id.*) Counsel communicated with Plaintiff regarding his wish to request relief related to his transfer or other conditions at Sierra Conservation Center. Counsel informed Plaintiff that he could not represent Plaintiff in connection with those requests, and Plaintiff did not indicate to counsel that he intended to file a motion for preliminary injunction in the instant action. Based on the foregoing, counsel requests that the court strike Plaintiff's *pro se* filings, without prejudice to whatever rights Plaintiff may have to pursue claims arising from his allegations therein.

Defendant has not yet had the opportunity to respond to Plaintiff's *pro se* filings or the response by Plaintiff's counsel, but the court finds further briefing unnecessary. The various motions are deemed submitted. Local Rule 230(l).

The request to strike Plaintiff's *pro se* filings is granted, due to Plaintiff's failure to comply with Federal Rule of Civil Procedure 11(a). Rule 11 requires that every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name, or by a party personally if the party is unrepresented. Fed. R. Civ. P. 11(a). At this time, Mr. Otteson remains Plaintiff's attorney of record in this action.

Accordingly, it is HEREBY ORDERED as follows:

1. The motion to strike *pro se* filings (docketed as a motion for preliminary injunction), (ECF No. 93), is GRANTED;
2. Plaintiff's *pro se* filings, (ECF Nos. 90, 91), are STRICKEN from the record, without prejudice; and
3. Plaintiff is advised that any future *pro se* filings submitted by a party who is represented by counsel may be returned or stricken without further notice.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE